UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MILDRED B. MENDELSON,                              :
          Plaintiff,                                      :
                                                           :    **ORDER**
v.                                                 :
                                                           :    20 CV 2583 (VB)
POLICE OFFICER JONATHAN J. EVANS,                  :
POLICE OFFICER GREGORY E. WALZ, and                :
TOWN OF POUND RIDGE,                               :
          Defendants.                                     :
--------------------------------------------------------------x

      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

      1. For the reasons stated on the record, plaintiff's motion to remand to state court and for attorney's fees (Doc. #4) is DENIED.

      2. By May 18, 2020, counsel shall submit a joint letter regarding the pending motion for judgment on the pleadings to dismiss plaintiff's Monell claim (Doc. #8) advising the Court whether (i) defendants will withdraw the pending motion without prejudice, (ii) whether plaintiff will withdraw the Monell claim, or (iii) neither. If the third option is selected, plaintiff's time to respond to the motion for judgment on the pleadings is extended to May 26, 2020, and defendant's reply is extended to June 2, 2020.

      3. By July 13, 2020, counsel shall submit a joint letter to the Court regarding the status of settlement discussions.

      The Clerk is directed to terminate the pending motion to remand. (Doc. #4).

Dated: May 11, 2020
      White Plains, NY

                                                  SO ORDERED:

                                                  Vincent L. Briccetti
                                                  United States District Judge