UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MILDRED B. MENDELSON,
          Plaintiff,

v.

POLICE OFFICER JONATHAN J. EVANS,
POLICE OFFICER GREGORY E. WALZ, and
TOWN OF POUND RIDGE,
          Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 2583 (VB)

      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

      1. A status conference is scheduled for **November 17, 2021, at 2:30 p.m.**, to proceed by telephone. At the time of the scheduled conference, counsel shall attend by calling the following number and entering the access code when requested:

    <u>Number</u>:  (888) 363-4749 (toll-free) <u>or</u> (215) 446-3662

    <u>Access Code</u>:  1703567

      2. At this conference, the parties shall be prepared to discuss (i) whether a motion for summary judgment will be filed or if, instead, plaintiff will withdraw the <u>Monell</u> claim and state law claims, and the Court should set a trial date, and (ii) whether the parties consent to conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, in front of a magistrate judge.

Dated: November 3, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge