UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MILDRED B. MENDELSON,
          Plaintiff,

v.

**ORDER**

20 CV 2583 (VB)

POLICE OFFICER JONATHAN J. EVANS,
POLICE OFFICER GREGORY E. WALZ, and
TOWN OF POUND RIDGE,
          Defendants.
--------------------------------------------------------------x

      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

      1. By no later than December 1, 2021, the parties shall file a stipulation stating which claims plaintiff is withdrawing. The stipulation shall also make clear which claims remain.

      2. Defendants' motion for summary judgment is due January 5, 2022.

      3. Plaintiff's opposition to defendants' motion for summary judgment is due February 18, 2022.

      4. Defendants' reply in support of their motion for summary judgment is due March 4, 2022.

Dated: November 17, 2021
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge