UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MILDRED B. MENDELSON,
          Plaintiff,

v.

JONATHAN J. EVANS, individually and in
his official capacity; and GREGORY E.
WALZ, individually and in his official
capacity,
          Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 2583 (VB)

8/25/22

    As discussed at a conference held today and attended by plaintiff and counsel for all parties, it is hereby ORDERED:

1. By **September 26, 2022**, counsel for defendants shall submit a joint letter regarding the status of the parties' settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

2. By **December 23, 2022**, the parties shall submit a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices, as well as proposed voir dire, any motions in limine, joint proposed jury instructions, and a joint verdict firm. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

3. Oppositions to motions in limine, if any, are due **January 6, 2023**. No replies will be permitted absent prior Court approval.

1

4. A final pre-trial conference is scheduled for **January 30, 2023, at 2:30 p.m.**, to be conducted in person at the White Plains Courthouse, Courtroom 620.

5. Jury selection and trial are scheduled to begin on **February 6, 2023, at 9:30 a.m**.

Dated: August 25, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge