UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MILDRED B MENDELSON,
        Plaintiff,

v.

JONATHAN J. EVANS and GREGORY E. WALZ, each individually and in his official capacity as a Police Officer,
        Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 2583 (VB)

    On January 26, 2023, the parties informed the Court they had settled this matter for a specified sum inclusive of all fees and expenses, pending official Town Board approval. (Doc. #98). Accordingly, the Court issued an Order the same day directing the parties to submit a stipulation of dismissal or a further joint status report regarding settlement by February 27, 2023. (Doc. #99).

    On February 27, 2023, the parties informed the Court that although the matter had been settled, plaintiff was working on obtaining a Medicare lien release or lien document, which the parties needed to finalize settlement documents. (Doc. #100). As of March 27, 2023, the parties reported plaintiff was still working on obtaining a Medicare lien release. (Doc. #102).

    Under these circumstances, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than June 26, 2023. To be clear, any application to restore the action must be filed by June 26, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled.

    The Clerk is instructed to close this case.

Dated: March 28, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge